IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TEYON MALIK HERRING, )
)
    Petitioner, )
)
v. ) CASE NOS. CV508-025
) CR504-011
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____ )

## O R D E R

Before the Court is Petitioner Teyon Malik Herring's Motion for Certificate of Appealability. (Doc. 52.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Plaintiff has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's motion and finds that he cannot meet the above standard. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 3RD day of October 2011.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA